Erie, Appellant. [984 NYS2d 281]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni and Lindley, JJ.

■ MARY BETH DEJOHN, Respondent, v SPEECH, LANGUAGE & COMMUNICATION ASSOCIATES, SLP, OT, PT, PLLC, et al., Appellants. [984 NYS2d 281]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ PRICE TRUCKING CORP., for Itself and All Other Similarly Situated Trust Fund Beneficiaries of Certain Trust Funds Pursuant to New York Lien Law Article 3-a, Respondent, v AAA ENVIRONMENTAL, INC., et al., Respondents, and FIRST NIAGARA BANK, N.A., Appellant, et al., Defendants. [984 NYS2d 281]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Valentino and Whalen, JJ.

■ In the Matter of GERALD STROBEL et al., Appellants, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents. [984 NYS2d 282]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Carni, Sconiers and Valentino, JJ.

■ KATHLEEN NASCA et al., Appellants, v MARK LOUIS DELMONTE, Doing Business as NIAGARA CHIROPRACTIC OFFICE (Formerly Incorrectly Sued Herein as "NIAGARA CHIROPRACTIC"), Respondent, et al., Defendant. [984 NYS2d 281]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Centra, Fahey, Carni and Whalen, JJ.

■ JOSHUA MORRIS et al., Appellants, v TOWN OF LOCKE et al., Respondents. [984 NYS2d 281]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Centra, Fahey, Carni and Whalen, JJ.

■ MANUEL MARTINEZ, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 119899.) (Appeal No. 1.) [984 NYS2d 281]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ MANUEL MARTINEZ, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 119899.) (Appeal No. 2.) [984 NYS2d 281]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ CHARTER ONE BANK, FSB, Successor by Merger to ALBANK, FSB, Respondent, v RICHARD F. MILLS, Appellant, et al.,